UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR178 HEA |
| ) | |
| RELDA STEWART, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Order and Recommendation, of Magistrate Judge David D. Noce, that Defendant's oral Motion to Suppress Evidence, [Doc. No. 9], be denied. Defendant filed objections *pro se* which the Court ordered stricken as Defendant is represented by counsel. Counsel has not filed any objections to the Order and Recommendation within the prescribed time period.

Judge Noce thoroughly analyzed the record with regard to Defendant's oral motion. The Order and Recommendation details the evidence and what has transpired in this matter to date. The Recommendation is adopted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's oral Motion to Suppress Evidence, [Doc. No. 9], is denied.

Dated this 1st day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE